Theodor Tharandy, appellant, v. Ignacz Geniusz et al., appellees. Gen. No. 34,570.

Heard in the second division of this court for the first district at the October term, 1930. Opinion filed December 16, 1930.

Mort D. and Frank Goldberg, for appellant; Harry G. Hershenson, of counsel. Stanley A. Wilczynski, for appellees.
Mr. Justice Barnes delivered the opinion of the court.